

# MANDATE

## The Fifteenth Court of Appeals

NO. 15-24-00015-CV

The State of Texas, Appellant

v.

Hamid Tabdili, Appellee

Appealed from the County Court at Law No 2 of Travis County. (Trial Court No. C-1-CV-23-005199). Opinion delivered by Justice Farris. Chief Justice Brister and Justice Field also participating.

**TO THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY, GREETINGS:**

Before our Court of Appeals on January 16, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from an order in favor of appellee, Hamid Tabdili, signed, December 21, 2023, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the order of the court below **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

**CHRISTOPHER A. PRINE, CLERK**

